SO ORDERED.

SIGNED this 14 day of November, 2017.



_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA
                    RALEIGH DIVISION

IN RE:                              )
HERBERT H. COUNCIL, and             )   CASE NO: 16-02874-5-JNC
KATHRYN A. COUNCIL,                 )
        Debtors.                    )   CHAPTER 11
```

### ORDER TO DISMISS

Upon the Report of Noncompliance filed by the United States on November 7, 2017, showing that the Debtors, Herbert and Kathryn Council, have failed to comply with the terms of the Consent Order (DE #187) filed October 4, 2017; IT IS ORDERED that this case is DISMISSED.

**"END OF DOCUMENT"**